FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAHID KASHIFY,<br><br>　　　　　Defendant. | Case No.: 2:19-mj-00249-JAG-1<br><br>ORDER OF DISMISSAL<br>WITHOUT PREJUDICE |

　　Leave of Court is granted for filing of the foregoing dismissal without prejudice and quashing of the issued arrest warrant.

　　IT IS ORDERED that the criminal complaint is dismissed without prejudice.

　　IT IS FURTHER ORDERED that the arrest warrant is hereby quashed.

　　The Court makes no judgment as to the merit or wisdom of this dismissal.

　　Dated: this \_\_\_18th\_\_\_ day of July, 2024.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　The Honorable James A. Goeke
　　　　　　　　　　　　　　　　United States Magistrate Judge

Order of Dismissal With Prejudice – 1